

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-19-00737-CR

Aidan **VITELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5942
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's brief is due on May 22, 2019. Before the due date, Appellant filed a first motion for a ninety-day extension of time to file the brief.

Appellant's motion is GRANTED IN PART. We caution Appellant that any further motion for extension of time to file the brief may be disfavored.

We ORDER Appellant to file the brief by July 21, 2020. If Appellant fails to file the brief as ordered, we may abate this appeal and remand the cause to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court